IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

C.M.C., NATURAL MOTHER
OF D.M., MINOR CHILD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

CASE NO. 1D17-92

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

Opinion filed April 3, 2017.

An appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

Heidi P. Kemph of Law Office of Heidi P. Kemph, Alachua, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville, and David Paul Krupski, Appellate Counsel, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

     AFFIRMED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.